IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CEDRIC STURDIVANT, #214805,** : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 13-0556-WS-N |
| **GARY HETZEL, et al.,** : | |
| Defendants. : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED without prejudice**, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE** this 17th day of October, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE